UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>    Plaintiff,<br>v.<br><br>TASHEENA COOKE, et al.,<br><br>    Defendants. | Case No. 3:24-cv-00383-ART-CSD<br><br>ORDER |

    Plaintiff Winston Najee Reed files a motion for status update (ECF No. 18) in this closed case. The Court grants the motion and notifies Plaintiff that the Court dismissed this case on July 21, 2025, because Plaintiff had failed to file an updated address, and his mail was being returned as undeliverable. (ECF Nos. 10, 11, 13, 15).

    It is therefore ordered that the motion for status update (ECF No. 18) is granted.

    The Clerk of the Court is directed to send Plaintiff a courtesy copy of the docket sheet. No further documents may be filed in this case unless authorized by the federal rules.

    DATED: November 7, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1